tion in light of *Arnett* v. *Kennedy, ante,* p. 134.

No. A–925. IN RE M. A. C. Application for release pending trial in Superior Court of the District of Columbia presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–987. WALDEN v. McLUCAS, UNDER SECRETARY OF THE AIR FORCE, ET AL. Reapplication for injunction pending appeal to the United States Court of Appeals for the Ninth Circuit presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–1058. BUCK ET AL. v. IMPEACH NIXON COMMITTEE ET AL. Application for stay of mandate of the United States Court of Appeals for the Seventh Circuit presented to THE CHIEF JUSTICE, and by him referred to the Court, granted. Motion to vacate stay heretofore granted by THE CHIEF JUSTICE denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, MR. JUSTICE MARSHALL, and MR. JUSTICE POWELL would discontinue the stay.

No. A–1065. LOCAL 391, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA ET AL. v. PILOT FREIGHT CARRIERS, INC. Application for stay of mandate of the United States Court of Appeals for the Fourth Circuit presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. D–11. IN RE DISBARMENT OF HARTZOG. It having been reported to the Court that Benjamin Gerard Hartzog has been disbarred from the practice of law in all of the courts of the District of Columbia, and this Court by order of October 23, 1973 [414 U. S. 971], having sus-